AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DANIEL K. GARRISON, et al.,

        Plaintiffs,

        v.

ASOTIN COUNTY,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-392-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint and the claims therein are dismissed with prejudice and without further costs or attorneys fees to any party other than those fees and costs previously approved in the settlement agreement.

| | |
|---|---|
| March 31, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda L. Hansen |
| | *(By) Deputy Clerk* |
| | Linda L. Hansen |